# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBB WILKINS

: No. 143 EM 2014
:
:
:

v.

:
:
:
:

SHAENA MILLER-STEVENS AND ERIC
D. SMITH

:
:
:
:

APPEAL OF: SHAENA MILLER-
STEVENS

:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the "Emergency Motion to Stay" is **DENIED.**